# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0541
LT Case No. 2010-CF-029691-B

_____

JEREMY SHEA WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Stephen G. Henderson, Judge.

Jeremy Shea Williams, Wewahitchka, pro se.

No Appearance for Appellee.


November 4, 2025


PER CURIAM.

    AFFIRMED.


MAKAR, WALLIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____